■ In the Matter of Marvin Tanksley, Appellant, v. Charles Ryan et al., Constituting the Board of Elections of the County of Albany, et al., Respondents.— Memorandum by the Court. Order reversed, without costs, and proceeding remitted to Special Term for determination of the validity of the other signatures as to which objections were filed. (*Matter of Graziano* v. *Donohue,* 33 A D 2d 578.) Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur; Herlihy, P. J., taking no part.

## (October 10, 1969)

■ In the Matter of the Claim of Jacques Vilmenay, Respondent, v. John J. Casale, Inc., et al., Appellants, and State Insurance Fund et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, without costs, upon the ground that appellants are not parties aggrieved (*Matter of Parks* v. *Weaver,* 20 A D 2d 588, mot. for lv. to app. dsmd. 14 N Y 2d 546). Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur.